## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

October 18, 2005

Laura Davis Jones Esq.
Pachulski, Stang, Ziehl, Young &
  Jones, P.C.
919 N. Market Street - #1600
Wilmington, DE   19801

Donald J. Detweiler, Esq.
Saul Ewing LLP
212 Delaware Avenue - #1200
Wilmington, DE   19801

Re:   Antico Vacca Technologies, Inc. v. Etched Media Corporation
      Civil Action No. 04-1461-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:    Clerk of the Court