IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GRUPPO ANTICO, INC. f/k/a TREND
HOLDINGS, INC., *et al.*[1],

| | |
|---|---|
| BROADWAY ADVISORS, LLC, in its representative capacity as the liquidating trustee of the GRUPPO ANTICO LIQUIDATING TRUST,<br><br>              Plaintiff,<br>v.<br><br>ETCHED MEDIA CORPORATION,<br><br>              Defendant. | Civil Action No. 04-1461- KAJ<br><br>Adversary Case No. 04-53358 (PBL)<br>Bankruptcy Case No. 02-13283 (PJW) |

### STIPULATION OF VOLUNTARY DISMISSAL
### WITH PREJUDICE OF COMPLAINT

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff, Gruppo Antico Liquidating Trust, on behalf of the estates of the debtors, and defendant, Etched Media Corporation, hereby stipulate to the voluntary dismissal with prejudice of the *Complaint For Avoidance and Recovery of Preferential Transfers* (Docket No. 1 in the United States Bankruptcy Court for the District of Delaware, Adversary Case No. 04-53358) (the "Complaint") in the above-captioned action.

---

[1] The debtors are the following entities: Gruppo Antico Inc. (f/k/a Trend Holdings, Inc.); Antico Vacca Technologies, Inc. (f/k/a Trend Technologies, Inc.); Antico Plasco, Inc. (f/k/a Trend Plasco, Inc.); Antico New Ventures, Inc. (f/k/a Trend L.P. New Ventures, Inc.); Antico Technologies Texas, L.P. (f/k/a Trend Technologies Texas, L.P.); Antico Product Finishing, Inc. (f/k/a Hitek Product Finishing, Inc.); Cowden Metal Finishing, Inc.; and Cam Fran Tool Co., Inc.

The parties stipulate to the dismissal of the Complaint with prejudice because the parties therein have settled the dispute at issue, and each party shall bear its own costs and attorneys fees incurred in the proceeding.

Dated: *November 21*, 2005

| | |
|---|---|
| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. | SAUL EWING LLP |
| /s/ Laura Davis Jones | /s/ Mark Minuti |
| Laura Davis Jones (Bar No. 2436) | Mark Minuti (Bar No. 2659) |
| Scotta E. McFarland (Bar. No. 4184) | Donald J. Detweiler (Bar No. 3087) |
| 919 North Market Street, 16th Floor | Jeremy W. Ryan (Bar No. 4057) |
| P.O. Box 8705 | 222 Delaware Avenue, Suite 1200 |
| Wilmington, DE 19899-8705 (Courier 19801) | P.O. Box 1266 |
| Telephone: (302) 652-4100 | Wilmington, DE 19899 |
| Facsimile: (302) 652-4400 | Telephone: (302) 421-6834 |
| | Facsimile: (302) 421-5872 |
| Andrew W. Caine (Bar No. 110345) | |
| Steven J. Kahn (Bar No. 76933) | Cheryl A. Jordan, Esquire |
| 10100 Santa Monica Boulevard | Murray & Murray |
| Suite 1100 | 19330 Stevens Creek Boulevard |
| Los Angeles, CA 90067 | Cupertino, CA 95014-2526 |
| Telephone: (310) 277-6910 | Telephone: (650) 852-9000 |
| Facsimile: (310) 201-0760 | Facsimile: (650) 852-9244 |
| Counsel for Plaintiff Gruppo Antico Liquidating Trust | Counsel for Defendant, Etched Media Corporation |